BEFORE THE FIRST DIVISION, JUNE 14, 1961

No. 65800.—S. H. Kress & Company et al. *v.* United States, protests 60/7207, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.